1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELLINOR R. CODER, CSBN 258258
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8955
         Facsimile: (415) 744-0134
7        E-Mail: Ellinor.Coder@ssa.gov
8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                   FRESNO DIVISION

12

13  KENNETH ALLEN PECK,                 )   Case No.: 1:18-cv-00656-SKO
                                        )
14            Plaintiff,                )   STIPULATION AND ORDER FOR AN
                                        )   EXTENSION OF TIME
15       vs.                            )
                                        )   (Doc. 16)
16  NANCY A. BERRYHILL,                 )
    Acting Commissioner of Social Security, )
17                                      )
                                        )
             Defendant.                 )
18  _____ )

19

20       IT IS HEREBY STIPULATED, by and between the parties, through their respective

21  counsel of record, that with the Court's approval, the time for Defendant to respond to Plaintiff's

22  Motion for Summary Judgment be extended from February 13, 2019 to March 15, 2019.  This is

23  Defendant's second request for an extension, which is necessitated by the undersigned counsel's

24  conflicting deadlines, including two other filed summary judgment motions and three filed

25  answers on February 11 and 12, 2019.  In addition, counsel will be out of the office performing

26  military reserve duty on February 13, 2019.

27       With the Court's approval, the parties further stipulate that the Court's Scheduling Order

28  shall be modified accordingly.

Respectfully submitted,

Dated:  February 12, 2019          /s/  *Jonathan O. Pena*
                                   (*as authorized via e-mail on Feb. 12, 2019)
                                   JONATHAN O. PENA
                                   Attorney for Plaintiff

DATED: February 12,  2019          McGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                          By:      /s/  *Ellinor R. Coder*
                                   ELLINOR R. CODER
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant


## ORDER

The Court has reviewed the parties' above stipulation (Doc. 16) and approves

Defendant's request for additional time to file her responsive brief.  The Court GRANTS

Defendant an extension until March 15, 2019, to file her responsive brief.  All remaining

deadlines in the Court's scheduling order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:  **February 12, 2019**            */s/ Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE